IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OMAR GENAO-SANCHEZ, a/k/a "Omi",

        Defendant.

Criminal No. 97-284 (JAF)

## O R D E R

Having considered the Defendant's Petition for a Writ of Habeas Corpus Ad Prosecundum as to Omar Genao Sánchez, the court hereby **ORDERS** the Warden at USP Coleman, Florida, to produce Omar Genao Sánchez, who is incarcerated in said federal facilities, **FORTHWITH** to appear in the United States District Court for the District of Puerto Rico, in the Courtroom of the undersigned, for re-sentencing procedures in the above-captioned case.

The Re-sentencing Hearing will be held on **January 18, 2005, at 1:30 P.M. The Defendant should be available at MDC-Guaynabo for counsel to arrange legal visits not later than December 30, 2004.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of November 2004.

JOSE ANTONIO FUSTE
Chief U. S. District Judge