UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 97-284(JAF) |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | |
| | * | |
| OMAR GENAO | * | |
| | * | |
| Defendants | * | |

# NOTICE IN REFERENCE TO ORDER OF NOVEMBER 30TH, 2004 AND REQUEST FOR ORDER AS TO PRE-SENTENCE REPORT

**TO THE HONORABLE COURT:**

**COMES NOW**, defendant **Omar Genao** through his undersigned counsel and very respectfully states and prays:

1. The Court has ordered the appearance of defendant in this District directing counsel to arrange legal visits not later that December 30, 2004.

2. The undersigned counsel will not be in Puerto Rico from the 25th of December, 2004 up to the 11th of January, 2005. This trip had been scheduled in all it's aspects before notification of the Court's order. Therefore counsel can not meet with defendant until her return to the island.

3. In preparation of the re-sentencing hearing it is requested that the Pre-Sentence Report of defendant be revised by the Probation Office.

**WHEREFORE,** it is respectfully requested that: 1) the Court take notice of counsel's absence from the jurisdiction; 2) the Court order the revision of the Pre-Sentence Report.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

In San Juan, Puerto Rico, this 9th day of December, 2004.

    S/Lydia Lizarribar-Masini
**LYDIA LIZARRÍBAR-MASINI**
USDC 124301
14 O'NEILL ST. SUITE A
HATO REY, PR  00918
TEL. 250-7505 FAX. 758-4512
E-mail: lizarribar@prtc.net