UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 97-284(JAF) |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | |
| | * | |
| OMAR GENAO | * | |
| | * | |
| Defendants | * | |

# REQUEST TO SEAL MOTION

TO THE HONORABLE COURT:

**COMES NOW**, defendant **Omar Genao** through his undersigned counsel and very respectfully states and prays:

The defense of Omar Genao Sanchez is filing attached a sealed motion.

It is requested from this Honorable Court that the same remain sealed until further order.

**WHEREFORE**, it is respectfully requested to this Honorable Court that this motion be granted.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 19th day of January, 2005.

S/ *Lydia Lizarribar-Masini*
LYDIA LIZARRÍBAR-MASINI
USDC 124301
14 O'NEILL ST. SUITE A
HATO REY, PR  00918
TEL. 250-7505 FAX. 758-4512
E-mail: lizarribar@prtc.net