UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | * | CR. NO. 97-284(JAF) |
|---|---|---|
| Plaintiff | * | |
| v | * | |
| OMAR GENAO | * | |
| Defendants | * | |

# URGENT REQUEST BY DEFENDANT FOR NOTICE PERIOD PURSUANT TO RULE 32 F.Cr.P AND RULE 132 OF THE LOCAL RULES OF THE DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**TO THE HONORABLE COURT:**

**COMES NOW**, defendant **Omar Genao** through his undersigned counsel and very respectfully states and prays:

1. On February 7, 2005 and after the hearing before this Honorable Court the Probation Officer provided counsel with an amended pre-sentence report, among other the offense level computation was changed.

2. As counsel is presently at trial she was unable to visit defendant at the Metropolitan Detention Center during the night however, this morning at 9:00 a.m. counsel provided defendant a copy of the amended PSR. Counsel was unable to read or explain the report to defendant due to the time constrains of trial.

3. Defendant requested that the report be translated and explained. Counsel was unable to do that. Defendant specifically requested that a continuance be sought from the Court as he would not be prepared for the sentencing hearing today.

4. At the specific request of defendant the instant motion is filed pursuant to Rule 32 F.Cr.P. and Local Rule 132 of the District Court for the District of Puerto Rico.

**WHEREFORE,** it is respectfully requested that the Court consider defendant's request and grant the same.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

In San Juan, Puerto Rico, this 8th day of February, 2005.

S/Lydia Lizarribar-Masini
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribar@prtc.net