UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 97-284(JAF) |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | |
| | * | |
| OMAR GENAO | * | |
| | * | |
| Defendants | * | |

# DEFENDANT'S SPECIFIC REQUEST
# FOR PERIOD ALLOWED PURSUANT
# TO RULE 32 F.R.Cr.P.

**TO THE HONORABLE COURT:**

    **COMES NOW**, defendant **Omar Genao** through his undersigned counsel and very respectfully states and prays:

1. On February 7, 2005 an amended presentence report was served on counsel and defendant. A motion was filed on February 8, 2005 requesting the specific period provided by Rule 32 FRCrP and Local Rule 132.

2. The Court continued the sentence scheduled for February 8th, 2005 to the 16th of February, 2005

3. On February 15th, 2005 and during a legal visit at MDC defendant specifically advised that he had not waived the period of 35 days provided by Rule 32 FRCrP and requested Court be so advised and the sentencing hearing should be continued to comply with the applicable law.

4. Accordingly the instant motion if filed advising the Court of defendant's request.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

In San Juan, Puerto Rico, this 16th day of February, 2005.

S/Lydia Lizarribar-Masini
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribar@prtc.net