UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 97-284(JAF) |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | |
| | * | |
| OMAR GENAO | * | |
| | * | |
| Defendants | * | |

# NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW, defendant **Omar Genao** through his undersigned counsel and very respectfully states and prays:

1. Defendant Omar Genao had requested that a Notice of Appeal of the amended judgment be filed on his behalf. Accordingly, a notice of appeal is filed of the proceedings, determinations and amended judgment entered by the District Court.

2. Defendant hereby requests that he be allowed to continue appeal proceedings in forma pauperis. The affidavit in support of this request is on file.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

In San Juan, Puerto Rico, this 23rd day of February, 2005.

S/Lydia Lizarribar-Masini
**LYDIA LIZARRÍBAR-MASINI**
USDC 124301
14 O'NEILL ST. SUITE A
HATO REY, PR 00918
TEL. 250-7505 FAX. 758-4512
E-mail: lizarribar@prtc.net