UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** March 17, 2005

**DC #:** 97-284 (JAF)

**APPEAL FEE PAID:** YES _____ NO __X__

**CASE CAPTION:** USA v. Valle-Lassalle
**Defendant:** Omar F. Genao-Sánchez (4)

**IN FORMA PAUPERIS:** YES __X__ NO _____

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Amended Judgment entered on 02/23/05

**SPECIAL COMMENTS:** Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries** 2,91,816,1462,1470,1633,1636,1637,1641,1643-1647 | I |
| **Docket Entries** 1417 & 1496 (Transcripts) | II |
| **Docket Entry** 1634 (Sealed) | |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk