# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**                    *
                                                *
       **Vs.**                                   *     **97-CR-00284-004 (JAF)**
                                                *
**GENAO-SANCHEZ, OMAR F.**                      *
                                                *
-------------------------------------------------*

## ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this April 4, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _04/04/05_

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____