AO 245C (Rev. 12/03) Amended Judgment in a Criminal Case
Sheet 1                                                                                              NOTE: Identify Changes with Asterisks (*)

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **OMAR F. GENAO-SANCHEZ** | Case Number: **CR. 97-284-04 (JAF)** |
| A/K/A OMI | |
| TN: OMAR FRANCISCO GENAO-SANCHEZ | USM Number: 19236-069 |
| | LYDIA LIZARRIBAR, ESQ. |
| Date of Original Judgment: 3-18-2005 | Defendant's Attorney |
| (Or Date of Last Amended Judgment) | |

**Reason for Amendment:**

X Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Recommendation to the Bureau of Prisons.

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

X was found guilty on count(s) *ONE ON OCTOBER 6, 2000. after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| *21:846 | Conspiracy to possess with the intent to distribute multi-kilogram quantities of cocaine and multi-pound quantities of marihuana, a Class A Felony. | 07-06-00 | ONE |

The defendant is sentenced as provided in pages 2 _____5_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/16/2005
Date of Imposition of Judgment

S/ JOSE A. FUSTE
Signature of Judge

JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE
Name and Title of Judge

2/16/2005
Date

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 5

DEFENDANT: OMAR F. GENAO-SANCHEZ
CASE NUMBER: CR. 97-284-04 (JAF)

## IMPRISONMENT

\* **The defendant is hereby committed to the custody of the United States** FOR THE REMAINDER OF HIS NATURAL LIFE AS TO COUNT ONE.

The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

  [ ] at _____ [ ] a.m. [ ] p.m. on _____.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of

  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Rec'd order 2/14/06 @ USP Coleman
at Coleman, FL, with a certified copy of this judgment.

Tracy Johns, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL