UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

DATE:   June 29, 2007

DC #:   97-284  (JAF)

USCA #: 05-1402

CASE CAPTION:     USA   v.   Valle-Lasalle
                  Defendant:   Omar F. Genao-Sánchez  (4)

SPECIAL COMMENTS:   Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                VOLUMES:

Docket Entry   1670   (Transcript)                           I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk