## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

**DATE:** April 10, 2008

**DC #:** 97-284 (JAF)

**USCA #** 05-1402

**CASE CAPTION:**     USA   v.   Valle-Lasalle
                     Defendant:   Omar F. Genao-Sánchez (4)

**SPECIAL COMMENTS:**   Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                    **VOLUMES:**

**Docket Entry   1344 / PSR   (Sealed)**                          I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                            FRANCES RIOS DE MORAN
                                            Clerk of the Court


                                            S/ Xiomara Muñiz
                                            Xiomara Muñiz
                                            Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:      _____
s/c:  CM/ECF Parties, Appeals Clerk