UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | * | **CR. NO. 97-284(JAF)** |
| --- | --- | --- |
| Plaintiff | * | |
| v | * | |
| OMAR GENAO-SANCHEZ | * | |
| Defendant | * | |

**DEFENDANT'S PETITION FOR A WRIT OF HABEAS CORPUS
AD PROSECUNDUM IN REGARDS TO INMATE
OMAR GENAO-SANCHEZ**

**TO THE HONORABLE COURT**

**COMES NOW**, the defendant, Omar Genao-Sanchez, through his undersigned counsel and respectfully alleges and prays:

On May 8, 2008 the United States Court of Appeals for the First Circuit issued the opinion in case #05-1402 whereby the amended judgment of Mr. Genao Sanchez was vacated with instruction to hold a sentencing hearing on Count One. Accordingly a habeas corpus at prosecundum is filed as to Omar Genao Sanchez.

Defendant Omar Genao Sanchez (Reg. # 19236-069) requests that the court order the Warden at USP Coleman Facilty to produce the body of defendant, who is incarcerated at said federal facility. Petitioner requests' that the U. S. Marshalls' be ordered *FORTHWITH*[1] to bring the body of Mr. Omar Genao Sanchez to appear in the United States District Court for the District of Puerto Rico, to the courtroom of the Honorable José A. Fuste in the above-mentioned case.

---

[1] "FORTHWITH" must appear in any Order issued so as to overcome the 21-day notice requirement.

**WHEREFORE**, it is respectfully requested that the court issue an Order, *FORTHWITH*.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 13th day of May, 2008.

S/ *Lydia Lizarríbar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribarlaw@onelinkpr.net