UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | * | CR. NO. 97-284(JAF) |
| --- | --- | --- |
| Plaintiff | * | |
| v | * | |
| OMAR GENAO-SANCHEZ | * | |
| Defendant | * | |

# O R D E R

Having considered the Defendant's Petition for a Writ of Habeas Corpus Ad Prosecundum as to Omar Genao Sanchez, the Court hereby orders the Warden at USP Coleman, Florida to produce Omar Genao Sanchez, who is incarcerated in said federal facilities, FORTHWITH to appear in the United States District Court for the District of Puerto Rico, in the courtroom of the Honorable José A. Fuste, for sentencing procedures in the above-mentioned case.

SO ORDERED.

At San Juan, Puerto Rico, on       day of           , 2008.

**JOSE A. FUSTE**, Chief
U.S. District Judge