# United States Court of Appeals
## For the First Circuit

No. 05-1402

# 1644

UNITED STATES OF AMERICA,

Appellee,

v.

OMAR GENAO-SÁNCHEZ, (4)

Defendant, Appellant.

**JUDGMENT**

Entered: May 7, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's amended judgment is vacated and the matter is remanded to district court with instructions to hold a resentencing hearing on count one.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Jose Antonio Fuste and Ms. Frances de Moran, Clerk, United States District Court for the District of Massachusetts, Ms. Lizarribar-Buxo, Mr. Perez-Sosa & Mr. Rodriguez-Coss.