IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

v.                                                              Cr. No. 97-284  (JAF)

NICHOLAS PEÑA-GONZALEZ
Reg. 22198-038
Defendant

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE UNITED STATES MARSHAL and

   USP CANAAN
   US PENITENTIARY
   3057 EASTON TURNPIKE
   WAYMART, PHILADELPHIA

GREETINGS:

We command you, the Warden of USP CANAAN PENITENTIARY to release NICHOLAS PEÑA-GONZALEZ to the custody of the United States Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, United States Marshal for the District of Puerto Rico, to have the body of NICHOLAS PEÑA-GONZALEZ and take him under your custody under safe and secured conduct, and remove said NICHOLAS PEÑA-GONZALEZ forthwith and bring him before HONORABLE CHIEF JUDGE JOSE A. FUSTE, at the Federal Courthouse Building, in Hato Rey, Puerto Rico, to appear as witness in Re-sentencing Hearing on July 31, 2008, at 1:30 p.m., and that you safely and securely return said NICHOLAS PEÑA-GONZALEZ

WRIT OF HABEAS CORPUS AD TESTIFICANDUM                                PAGE -2-

to custody of the USP CANAAN PENITENTIARY, as soon thereafter as this hearing is concluded before this court in accordance with the law.

    WITNESS the Honorable District Judge José A. Fusté, United States District Court for the District of Puerto Rico, and the Seal of said Court, this 13th day of June, 2008.

    FRANCES RIOS DE MORAN
    Clerk of the Court


    BY:   S/Rebecca Agostini-Viana
           Deputy Clerk