IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>VICTOR VALLE-LASALLE<br>Reg. 16115-069<br>Defendant | Cr. No. 97-284 (JAF) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE UNITED STATES MARSHAL and

　　　USP COLEMAN I
　　　US PENITENTIARY
　　　846 NE 54 TERRACE
　　　COLEMAN, FLORIDA

GREETINGS:

We command you, the Warden of USP COLEMAN PENITENTIARY to release VICTOR VALLE-LASALLE to the custody of the United States Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, United States Marshal for the District of Puerto Rico, to have the body of VICTOR VALLE-LASALLE and take him under your custody under safe and secured conduct, and remove said VICTOR VALLE-LASALLE forthwith and bring him before HONORABLE CHIEF JUDGE JOSE A. FUSTE, at the Federal Courthouse Building, in Hato Rey, Puerto Rico, to appear as witness in Re-sentencing Hearing on July 31, 2008, at 1:30 p.m., and that you

WRIT OF HABEAS CORPUS AD TESTIFICANDUM                                      PAGE -2-

safely and securely return said  VICTOR VALLE-LASALLE to custody of the USP COLEMAN PENITENTIARY,  as soon thereafter as this hearing is concluded before this court in accordance with the law.

            WITNESS the Honorable District Judge José A. Fusté, United States District Court for the District of Puerto Rico, and the Seal of said Court, this 13th day of June, 2008.

            FRANCES RIOS DE MORAN
            Clerk of the Court


            BY:   S/Rebecca Agostini-Viana
                      Deputy Clerk