IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>RAUL SANTO DOMINGO-ROMERO<br>Reg. 09973-069<br>Defendant | Cr. No. 97-284 (JAF) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE UNITED STATES MARSHAL and

   COLEMAN LOW

   FEDERAL CORRECTIONAL INSTITUTION

   846 NE 54 TERRACE

   COLEMAN, FLORIDA

GREETINGS:

We command you, the Warden of COLEMAN LOW CORRECTIONAL INSTITUTION to release **RAUL SANTO DOMINGO-ROMERO** to the custody of the United States Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, United States Marshal for the District of Puerto Rico, to have the body of **RAUL SANTO DOMINGO-ROMERO** and take him under your custody under safe and secured conduct, and remove said **RAUL SANTO DOMINGO-ROMERO** forthwith and bring him before HONORABLE CHIEF JUDGE JOSE A. FUSTE, at the Federal Courthouse Building, in Hato Rey, Puerto Rico, to appear as witness in Re-sentencing Hearing on July 31, 2008, at 1:30 p.m., and that you

WRIT OF HABEAS CORPUS AD TESTIFICANDUM                                PAGE -2-

safely and securely return said **RAUL SANTO DOMINGO-ROMERO** to custody of the COLEMAN LOW CORRECTIONAL INSTITUTION , as soon thereafter as this hearing is concluded before this court in accordance with the law.

        WITNESS the Honorable District Judge José A. Fusté, United States District Court for the District of Puerto Rico, and the Seal of said Court, this 13th day of June, 2008.

        FRANCES RIOS DE MORAN
        Clerk of the Court

        BY:   S/Rebecca Agostini-Viana
                Deputy Clerk