IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

v.  Cr. No. 97-284 (JAF)

OMAR GENAO-SANCHEZ

Defendant

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE UNITED STATES MARSHAL and

   USP COLEMAN I
   U.S. PENITENTIARY
   846 NE 54 TERRACE
   COLEMAN, FLORIDA

GREETINGS:

We command you, the Warden of USP COLEMAN I PENITENTIARY to release **OMAR GENAO-SANCHEZ** to the custody of the United States Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, United States Marshal for the District of Puerto Rico, to have the body of **OMAR GENAO-SANCHEZ** and take him under your custody under safe and secured conduct, and remove said **OMAR GENAO SANCHEZ** forthwith and bring him before HONORABLE CHIEF JUDGE JOSE A. FUSTE, at the Federal Courthouse Building, in Hato Rey, Puerto Rico, to appear as witness in Re-sentencing Hearing on July 31, 2008,

WRIT OF HABEAS CORPUS AD TESTIFICANDUM                     PAGE -2-

at 1:30 p.m., and that you safely and securely return said **OMAR GENAO SANCHEZ** to custody of the USP COLEMAN I PENITENTIARY, as soon thereafter as this hearing is concluded before this court in accordance with the law.

    WITNESS the Honorable District Judge José A. Fusté, United States District Court for the District of Puerto Rico, and the Seal of said Court, this 13th day of June, 2008.

    FRANCES RIOS DE MORAN
    Clerk of the Court


    BY:   S/Rebecca Agostini-Viana
            Deputy Clerk