# United States District Court
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

OMAR F. GENOA-SANCHEZ
aka "Omi"

WARRANT FOR ARREST

CASE NUMBER: Cr. 97-284 (JAF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OMAR F. GENOA-SANCHEZ, aka "Omi"

and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)

Did engage in a continuing criminal enterprise, as defined in Title 21, United States Code, Section 848(c) and did knowingly, intentionally, unlawfully and willfully, combine, conspire, confederate with divers other persons known and unknown to the grand jury to commit offenses against the United States, to wit, to possess with the intent to distribute approximately two thousand (2,000) pounds of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

| Justo Arenas | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| BY: Tere Molfulleda, Deputy Clerk | December 18, 1997 at San Juan, Puerto Rico |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| Date Received  12/18/97  Date of Arrest  12/22/99 | Name and Title of Arresting Officer  U.S. CUSTOMS | Signature of Arresting Officer  EXECUTED BY U.S. CUSTOMS |

AO 442 (Rev. 12/85) Warrant for Arrest