# United States District Court

## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

4. OMAR F. GENAO SANCHEZ
aka "Omi"

**WARRANT FOR ARREST**

CASE NUMBER: 97-284(JAF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OMAR F. GENAO SANCHEZ, aka "Omi"

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Superseding Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy and attempt to possess narcotics with the intent to distribute, firearm killing in relation to drug trafficking offense and conspiracy. All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Sections 924(j) and (o).

| Justo Arenas | U. S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature], Deputy Clerk | July 15, 1998, at San Juan, Puerto Rico |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ Upon Arrest

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 7/22/08 | U.S. CUSTOMS | EXECUTED BY U.S. CUSTOMS [signature] |
| Date of Arrest 12/22/99 | | |

AO 442 (Rev. 12/85) Warrant for Arrest