UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CR. NO. 97-284(JAF)** |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | |
| | * | |
| OMAR GENAO-SANCHEZ | * | |
| | * | |
| Defendant | * | |

## MOTION REQUESTING ORDER FOR THE
## PREPARATION OF AN AMENDED PRESENTENCE REPORT

**TO THE HONORABLE COURT**

**COMES NOW**, the defendant, Omar Genao-Sanchez, through his undersigned counsel and respectfully alleges and prays:

1. Defendant is to be sentenced by this Honorable Court in accordance with the opinion of the Court of Appeals for the First Circuit.

2. It is submitted that the presentence report on record needs to be actualized and for said reason it is requested the Court order the preparation of an amended presentence report and the same be notified as per Rule 32 F.R.Cr.P.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of August, 2008

S/ *Lydia Lizarríbar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribarlaw@onelinkpr.net