UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CR. NO. 97-284(JAF)** |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | |
| | * | |
| OMAR GENAO-SANCHEZ | * | |
| | * | |
| Defendant | * | |

## MOTION REQUESTING ORDER

**TO THE HONORABLE COURT**

**COMES NOW**, the defendant, Omar Genao-Sanchez, through his undersigned counsel and respectfully alleges and prays:

1. On July 11th, 2008 and by letter the undersigned counsel requested of the Warden at USP Coleman I, to be provided with the records of Genao Sanchez at the institution. The Warden responded indicating that an authorization from Genao Sanchez was necessary. By that time Genao Sanchez was in transit to Puerto Rico.

2. Immediately upon arrival an authorization was prepared and signed by Mr. Genao Sanchez and sent to the Warden at USP Coleman I. There has been no further communication from the institution to counsel and the records have not been received.

3. For said reason, it is requested that this Honorable Court issue an order to Mr. Scott Middlebrooks, Warden, USP Coleman I, U.S. Penitentiary, PO Box 1023, Coleman, FL 33521, to provide defendant, through his counsel, copy of all his records at the institution to include but not limited to evaluations; seminars or courses taken by defendant; administrative grievances against defendant, evaluation of his rehabilitation process and any other document pertaining to his status as an inmate

at said institution.

4. These records are necessary for the sentencing hearing to be held, specifically to be used under factors be considered at sentencing pursuant to 18 USC § 3553.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

In San Juan, Puerto Rico, this 4th day of September, 2008.

S/ *Lydia Lizarríbar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribarlaw@onelinkpr.net
E-mail: llizarribar@microjuris.com