UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | * | CR. NO. 97-284(JAF) |
| --- | --- | --- |
| Plaintiff | * | |
| v | * | |
| OMAR GENAO-SANCHEZ | * | |
| Defendant | * | |

# MOTION FOR RECONSIDERATION OF COURT ORDER [DKT. 1724]

**TO THE HONORABLE COURT**

**COMES NOW**, the defendant, Omar Genao-Sanchez, through his undersigned counsel and respectfully alleges and prays:

1. This Honorable Court denied the motion for Writ of Habeas Corpus at testificandum [dkt. 1722] indicating that the request is late and would upset the sentencing hearing date.

2. The sentencing hearing date was rescheduled for September 23rd, 2008 at 9:30 a.m. at the request of the government. That is, the sentencing hearing will be held in three weeks and it is submitted it should be enough time to have the witness in Puerto Rico.

3. In addition, the information received is that the government will present witnesses at the sentencing hearing and the witness whose appearance has been requested and denied is important to rebut government witnesses' testimony.

4. For all of the above it is requested that the Court reconsider it's order and grant the petition for writ of habeas corpus at testificandum as to Anibal Pagan Cerezo.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by U.S. Attorney's Office.

In San Juan, Puerto Rico, this 4th day of September, 2008.

S/ *Lydia Lizarríbar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribarlaw@onelinkpr.net