IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ANIBAL PAGAN-CEREZO<br>Reg. No. 40651-018<br>Defendant | Cr. No. 97-284 (JAF) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:  THE UNITED STATES MARSHAL and
FCI EDGEFIELD
FEDERAL CORRECTIONAL INSTITUTION
501 GARY HILL ROAD
EDGEFILED, SC 29824

We command you, the Warden of FCI EDGEFILED to release ANIBAL PAGAN-CEREZO to the custody of the United States Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, United States Marshal for the District of Puerto Rico, to have the body of ANIBAL PAGAN-CEREZO and take him under your custody under safe and secured conduct, and remove said ANIBAL PAGAN CEREZO forthwith and bring him before HONORABLE CHIEF JUDGE JOSE A. FUSTE, at the Federal Courthouse Building, in Hato Rey, Puerto Rico, to appear for Re-sentencing Hearing on September 23, 2008, at 9:30 a.m., and that you safely and securely

WRIT OF HABEAS CORPUS AD TESTIFICANDUM                                    PAGE -2-

return said ANIBAL PAGAN-CEREZO to custody of the Warden of FCI EDGEFILED, as soon thereafter as this hearing is concluded before this court in accordance with the law.

                                        WITNESS the Honorable District Judge José A. Fusté, United States District Court for the District of Puerto Rico, and the Seal of said Court, this 17th day of September, 2008.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                              BY:   S/Franchesca Torres
                                    Deputy Clerk