Prob. PR-39
(Rev. 01-31-08)

# CONFIDENTIAL

## U.S. DISTRICT COURT
## DISTRICT OF PUERTO RICO
## PROBATION OFFICE

### ADDENDUM

TRANSMITTAL MEMO

TO: <u>HON. JOSÉ A. FUSTÉ, CHIEF, U.S. DISTRICT JUDGE</u>

RE: <u>GENAO-SANCHEZ, Omar</u>          Cr. No. <u>97-00284-004 (JAF)</u>
                Case Name

    Because of the possibility that the Judge will rely on
information in the attached ADDENDUM to the presentence report, as
well as, the potential for appellate review, ADDENDUM to the
presentence report has been hand delivered to the chambers of Judge
José A. Fusté, Chief, under seal in accordance with the long-standing
practice of treating presentence reports as non-public in view of the
sensitive and often confidential information contained herein.

                          S/EUSTAQUIO BABILONIA
                          EUSTAQUIO BABILONIA, CHIEF
                          U. S. PROBATION OFFICER

ACKNOWLEDGED RECEIPT ON: _9/18/08_

SIGNED: _____

CFC/em